UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa R. Lipman, Esq.
72 East Main Street
New Rochelle, New York 10801
(914) 235-8922
Attorney of Record for Plaintiff

-----------------------------------------------------------x
RICHARD COLOSI,

                              Plainitff,        05 Civ. _____

          - against -                      COMPLAINT   JUDGE McMahon

MAR D'S RESTAURANT, INC., Mario Faustini,
Jr., individually and as an officer/           PLAINTIFF DEMANDS
director and shareholder of MAR D'S          A TRIAL BY JURY
RESTAURANT, INC., d/b/a/ JR's,

                              Defendants.     05 CIV. 6400 ECF CASE
-----------------------------------------------------------x

       Plaintiff, **Richard Colosi**, by his attorney, Lisa R. Lipman, Esq., complaining of Defendants, MAR D'S RESTAURANT, INC., Mario Faustini, Jr., individually and as an officer/director and shareholder of MAR D'S RESTAURANT, INC., d/b/a/ JR's, alleges as follows:

<u>PRELIMINARY STATEMENT</u>

       1. This is an action for failure to pay minimum wages and failure to pay overtime, in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., the New York Labor Law Articles 6 and 19 and their implementing regulations, 12 NYCRR §§ 137 et seq., and failure to pay spread of hours time pursuant to 12 NYCRR § 137-1.7.

       2. Defendants' actions were unlawful and plaintiff brings this action for declaratory and injunctive relief, liquidated damages, attorneys' fees, and other appropriate equitable and legal relief.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act, 28 U.S.C. §§ 1331, 1337 and 1343(a)(3). This Court has supplemental jurisdiction over plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a).

4. Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(1). The unlawful conduct alleged in this complaint occurred within this District.

## PARTIES

5. Plaintiff Richard Colosi ("plaintiff" or "Colosi"), was employed as a waiter by defendants from August 20, 2004 through February 6, 2005. Plaintiff resides in Bronx, New York.

6. Defendant MAR D'S RESTAURANT, INC. ("defendant" or "MAR D'S") is a corporation organized and existing under the laws of the State of New York, with its principal place of business located at 219 Main Street, Eastchester, New York 10709. On information and belief, JR's, a restaurant at 219 Main Street, Eastchester, New York 10709, at which plaintiff was employed, is an asset of MAR D's.

7. At all times relevant to this Complaint, Mario Faustini, Jr. ("Faustini") was the Chairman and/or Chief Executive Officer of MAR D'S RESTAURANT, INC. On information and belief, Faustini is a principal shareholder of MAR D'S.

8. At all times relevant to this Complaint, Faustini had direct responsibility for and control over the operations of JR's. On information and belief, Faustini was and is the owner and/or president of JR's. On information and belief, Faustini d/b/a JR's. Faustini is responsibile for the hiring and firing of waiters, scheduling, and determining the wage payments to waiters. Faustini was and is an "employer of employees" working at JR's within the meaning of New York Labor Law Articles 6 and 19 and FLSA, 29 U.S.C. §3(d), in that he acted directly

-2-

in the interests of JR's and/or MAR D'S in relation to the employees of JR's and/or MAR D'S. On information and belief, Faustini resides in Westchester County in New York State.

## STATEMENT OF FACTS

9. MAR D'S RESTAURANT, INC. is a small, closely held, family corporation.

10. On information and belief, MAR'D'S and/or JR's has an annual gross volume of business of not less than $500,000.

11. Colosi began working as a waiter for JR's, a restaurant in Eastchester, New York on August 20, 2004 and worked as a waiter for JR's through February 6, 2005. A summary of the hours worked by Colosi for JR's is attached to this Complaint as Exhibit A and is incorporated herein.

12. On 66 days in 2004 and 14 days in 2005, Colosi worked in excess of 10 hours/day.

13. Colosi regularly worked in excess of 40 hours/week. In all, Colosi worked 557.5 hours of overtime.

14. During the entire course of his employment, Colosi was never paid any wages.

15. During the entire course of his employment, Colosi's only income from defendants was what he received through tips. The tips Colosi received were pooled with the tips of other employees. Each employee, including Colosi, then took a portion of the pooled tips. Thus, Colosi did not retain all the tips he received.

16. During the entire course of his employment, Colosi was never informed that tips would be credited against his hourly wages.

17. When Colosi asked for his pay, Faustini told him that he did not have the money to pay him, but would pay him later. However, Faustini never paid Colosi.

## FIRST CLAIM
### (violation of federal minimum wage law)

18. Plaintiff repeats and realleges each allegation in paragraphs 1 through 17 as though fully set forth herein.

19. Plaintiff is an "employee" as that term is defined under the FLSA. Defendants are the "employer" of Colosi as that term is defined under the FLSA.

20. From August 20, 2004 through February 6, 2005, defendants willfully violated 29 U.S.C. § 206 by willfully failing to pay Colosi minimum wage for work performed during this time period.

21. Defendants' failure to comply with the FLSA caused plaintiff to suffer loss of wages and interest thereon.

22. A summary of the wages owed to Colosi for violations of FLSA, 29 U.S.C. § 206 from August 20, 2004 through February 6, 2005 is attached to this Complaint as Exhibit A. The wages owed under the FLSA for failure to pay the required minimum wage ($5.15/hour in 2005 and $6.00/hour in 2005) is $ 4,997.60, plus applicable interest.

23. The wage minimum underpayments by defendants was willful and therefore, pursuant to FLSA, 29 U.S.C. § 216(b), the underpayments are subject to damages in the amount of 100% of the underpayment, plus applicable interest.

## SECOND CLAIM
### (violation of state minimum wage law)

24. Plaintiff repeats and realleges paragraphs 1 - 23 as though fully set forth herein.

25. Plaintiff is an "employee" as that term is defined in Article 6 of the New York Labor Law. Defendants are the "employer" of Colosi as that term is defined in Article 6 of the New York Labor Law.

26. Defendants willfully violated New York Labor Law § §652(1) by willfully failing to pay minimum wages to Colosi for work he performed from August 20, 2004 through February 6, 2005.

27. Defendants' failure to comply with the New York Labor Law caused plaintiff to suffer loss of wages and interest thereon.

28. A summary of the wages owed to Colosi for violations of of the New York Labor Law § 652(1) from August 20, 2004 through February 6, 2005 is attached to this Complaint as Exhibit A. The wages owed under New York Labor Law § 652(1) for failure to pay the required minimum wage ($5.15/hour in 2005 and $6.00/hour in 2005) is $ 4,997.60, plus applicable interest.

29. The wage minimum underpayments by defendants was willful and therefore, pursuant to New York Labor Law § 663, the underpayments are subject to damages in the amount of 25% of the underpayment.

### THIRD CLAIM
(violation of federal overtime wage law)

30. Plaintiff repeats and realleges paragraphs 1 -29 as though fully set forth herein.

31. From August 20, 2004 through February 6, 2005, defendants willfully violated 29 U.S.C. § 207 by willfully failing to pay Colosi premium overtime wages for work performed during this time period.

32. Defendants' failure to comply with the FLSA's overtime provisions caused plaintiff to suffer loss of wages and interest thereon.

33.     A summary of the premium overtime wages owed to Colosi for violations of FLSA, 29 U.S.C. § 207 from August 20, 2004 through February 6, 2005 is attached to this Complaint as Exhibit A. In all, Colosi worked 557.5 hours of overtime. The wages owed under the FLSA for failure to pay the required premium overtime wage ($7.725/hour in 2005 and $9.00/hour in 2005) is $ 4,418.95, plus applicable interest.

34.     The wage minimum underpayments by defendants was willful and therefore, pursuant to FLSA, 29 U.S.C. § 216(b), the underpayments are subject to damages in the amount of 100% of the underpayment.

## FOURTH CLAIM
### (violation of state overtime wage law)

35.     Plaintiff repeats and realleges paragraphs 1 - 34 as though fully set forth herein.

36.     From August 20, 2004 through February 6, 2005, defendants willfully violated New York Labor Law Articles 6 and 19 and their implementing regulations, 12 NYCRR § 137 et. seq. by willfully failing to pay Colosi premium overtime wages for work performed during this time period.

37.     Defendants' failure to comply with the New York Labor Law overtime provisions caused plaintiff to suffer loss of wages and interest thereon.

38.     A summary of the premium overtime wages owed to Colosi for violations of New York Labor Law Articles 6 and 19 and their implementing regulations, 12 NYCRR § 138-2.1 from August 20, 2004 through February 6, 2005 is attached to this Complaint as Exhibit A. In all, Colosi worked 557.5 hours of overtime. The wages owed under the the New York Labor Law and its implementing regulations for failure to pay the required premium overtime wage ($7.725/hour in 2005 and $9.00/hour in 2005) is $ 4,418.95, plus applicable interest.

39. The premium overtime wage underpayments by defendants was willful within the meaning of New York Labor Law § 663 and therefore, the underpayments are subject to damages in the amount of 25% of the underpayment.

## FIFTH CLAIM
### (violation of state spread of hours law)

40. Plaintiff repeats and realleges paragraphs 1 - 39 as though fully set forth herein.

41. From August 20, 2004 through February 6, 2005, defendants willfully violated New York Labor Law Articles 6 and 19 and their implementing regulations, 12 NYCRR § 137 et. seq. by willfully failing to pay Colosi wages as required by the spread of hours provisions set forth in 12 NYCRR § 137-1.7 for hours worked in excess of 10 on a given day.

42. Defendants' failure to comply with the New York Labor Law spread of hours provisions caused plaintiff to suffer loss of wages and interest thereon.

43. A summary of the spread of hours wages owed to Colosi for violations of New York Labor Law Articles 6 and 19 and their implementing regulations, 12 NYCRR § 137-1.7 from August 20, 2004 through February 6, 2005 is attached to this Complaint as Exhibit A. Colosi worked in excess of 10 hours/day on 66 days in 2004 and 14 days in 2005. The wages owed under the New York Labor Law and its implementing regulations for failure to pay the required spread of hours wage ($5.15/hour in 2005 and $6.00/hour in 2005) is $ 422.20, plus applicable interest.

44. The spread of hours wage underpayments by defendants was willful within the meaning of New York Labor Law § 663 and therefore, the underpayments are subject to damages in the amount of 25% of the underpayment, plus applicable interest.

**WHEREFORE,** plaintiff demands judgment against defendants as follows:

(a) declaring that the acts and practices complained of herein are in violation of the Fair Labor Standards Act and the New York Labor Law, Articles 6 and 19;

(b) declaring that the defendants' violations of the FLSA and the New York Labor Law were willful;

(c) awarding damages for plaintiff's claims of unpaid minimum wages as secured by the Fair Labor Standards Act as well as an equal amount in liquidated damages;

(d) awarding damages for plaintiff's claims of unpaid minimum wages as secured by Articles 6 and 19 of the New York Labor Law as well as an additional 25% in liquidated damages;

(e) awarding damages for plaintiff's claims of unpaid overtime wages as secured by the Fair Labor Standards Act as well as an equal amount in liquidated damages;

(f) awarding damages for plaintiff's claims of unpaid overtime wages as secured by Articles 6 and 19 of the New York Labor Law as well as an additional 25% in liquidated damages;

(g) awarding damages for plaintiff's claims of unpaid spread of hours wages as secured by Articles 6 and 19 of the New York Labor Law as well as an additional 25% in liquidated damages;

(h) awarding the plaintiff's costs and reasonable attorneys' fees;

(i) granting plaintiff his costs, pre- and post-judgment interest, and expert witness fees;

  (j)  awarding such further relief as the Court finds just.

Dated: New Rochelle, New York
   July 14, 2005

               Respectfully submitted,

               */s/ Lisa R. Lipman*
               Lisa R. Lipman, Esq. (LL6284)
               Attorney for Plaintiff
               72 East Main Street
               New Rochelle, New York 10801
               Tel: (914) 235-8922
               Fax: (914) 636-6021

# EXHIBIT A

| Grand totals | Minimum Wage | | OverTime | Spread | Total* $9,838.75 | |
|---|---|---|---|---|---|---|
| | $4,997.60 | | $4,418.95 | $422.20 | | |
| As of 8/20/04, minimum was $5.15/hour; OT wage was $7.725/hour | | | | | | |
| **Week 1** | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 8/20/04 | Fri | 4 pm - 12 am | 8.0 | | | | |
| 8/21/04 | Sat | 4 pm - 12 am | 8.0 | | | | |
| 8/22/04 | Sun | 4 pm - 12 am | 8.0 | | | | |
| Totals | | | 24.0 | $123.60 | | | $123.60 |
| **Week 2** | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 8/23/04 | Mon | 11 am - 11 pm | 12.0 | | | 1 | |
| 8/24/04 | Tues | off | | | | | |
| 8/25/04 | Wed | 4 pm - 11 pm | 7.0 | | | | |
| 8/26/04 | Thrs | 11 am - 12 am | 13.0 | | | 1 | |
| 8/27/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 8/28/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 8/29/04 | Sun | 11 am - 12 am | 13.0 | | | 1 | |
| Totals | | | 63.0 | $206.00 | $177.68 | $15.45 | $399.13 |
| **Week 3** | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 8/31/04 | Mon | 4 pm - 12 am | 8.0 | | | | |
| 9/1/04 | Tues | off | | | | | |
| 9/2/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 9/3/04 | Thrs | 11 am - 11:30 pm | 12.5 | | | 1 | |
| 9/4/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 9/5/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 9/6/04 | Sun | 11 am - 10:30 pm | 11.5 | | | 1 | |
| Totals | | | 58.0 | $206.00 | $139.05 | $10.30 | $355.35 |

*Exclusive of liquidated damages, interest, etc.

| Week 4 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 9/6/04 | Mon | 4 pm - 12 am | 8.0 | | | | |
| 9/7/04 | Tues | off | | | | | |
| 9/8/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 9/9/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 9/10/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 9/11/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 9/12/04 | Sun | 11 am - 10 pm | 11.0 | | | 1 | |
| Totals | | | 57.0 | $206.00 | $131.33 | $10.30 | $347.63 |
| Week 5 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 9/13/04 | Mon | 4 pm - 2 am | 10.0 | | | 1 | |
| 9/14/04 | Tues | off | | | | | |
| 9/15/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 9/16/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 9/17/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 9/18/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 9/19/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 60.0 | $206.00 | $154.50 | $15.45 | $375.95 |
| Week 6 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 9/20/04 | Mon | 11 am - 1:30 am | 14.5 | | | 1 | |
| 9/21/04 | Tues | off | | | | | |
| 9/22/04 | Wed | 11 am - 12 am | 13.0 | | | 1 | |
| 9/23/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 9/24/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 9/25/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 9/26/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.5 | $206.00 | $227.89 | $20.60 | $454.49 |

| Week 7 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 9/27/04 | Mon | 11 am - 1 pm | 14.0 | | | 1 | |
| 9/28/04 | Tues | off | | | | | |
| 9/29/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 9/30/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 10/1/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 10/2/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 10/3/03 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.0 | $206.00 | $224.03 | $20.60 | $450.63 |
| Week 8 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 10/4/04 | Mon | 11 am - 1 am | 14.0 | | | 1 | |
| 10/5/04 | Tues | off | | | | | |
| 10/6/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 10/7/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 10/8/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 10/9/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 10/10/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.0 | $206.00 | $224.03 | $20.60 | $450.63 |
| Week 9 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 10/11/04 | Mon | 11 am - 1:30 am | 14.5 | | | 1 | |
| 10/12/04 | Tues | off | | | | | |
| 10/13/04 | Wed | 11 am - 12 am | 13.0 | | | 1 | |
| 10/14/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 10/15/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 10/16/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 10/17/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.5 | $206.00 | $227.89 | $20.60 | $454.49 |

| Week 10 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 10/18/04 | Mon | 11 am - 1 am | 14.0 | | | 1 | |
| 10/19/04 | Tues | off | | | | | |
| 10/20/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 10/21/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 10/22/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 10/23/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 10/24/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.0 | $206.00 | $224.03 | $20.60 | $450.63 |
| Week 11 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 10/25/04 | Mon | 11 am - 1:30 am | 14.5 | | | 1 | |
| 10/26/04 | Tues | off | | | | | |
| 10/27/04 | Wed | 11 am - 12 am | 13.0 | | | 1 | |
| 10/28/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 10/29/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 10/30/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 10/31/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.5 | $206.00 | $227.89 | $20.60 | $454.49 |
| Week 12 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 11/1/04 | Mon | 11 am - 1 am | 14.0 | | | 1 | |
| 11/2/04 | Tues | off | | | | | |
| 11/3/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 11/4/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 11/5/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 11/6/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 11/7/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.0 | $206.00 | $224.03 | $20.60 | $450.63 |

| Week 13 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 11/8/04 | Mon | 11 am - 1 am | 14.0 | | | 1 | |
| 11/9/04 | Tues | 4 pm - 2 am | 10.0 | | | 1 | |
| 11/10/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 11/11/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 11/12/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 11/13/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 11/14/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 79.0 | $206.00 | $301.28 | $25.75 | $533.03 |
| Week 14 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 11/15/04 | Mon | 11 am - 1 am | 14.0 | | | 1 | |
| 11/16/04 | Tues | off | | | | | |
| 11/17/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 11/18/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 11/19/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 11/20/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 11/21/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.0 | $206.00 | $224.03 | $20.60 | $450.63 |
| Week 15 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 11/22/04 | Mon | 11 am - 1:30 am | 14.5 | | | 1 | |
| 11/23/04 | Tues | off | | | | | |
| 11/24/04 | Wed | 11 am - 12 am | 13.0 | | | 1 | |
| 11/25/04 | Thrs | Thanksgiving | | | | | |
| 11/26/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 11/27/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 11/28/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 57.5 | $206.00 | $135.19 | $15.45 | $356.64 |

| Week 16 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 11/29/04 | Mon | 11 am - 1 am | 14.0 | | | 1 | |
| 11/30/04 | Tues | off | | | | | |
| 12/1/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 12/2/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 12/3/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 12/4/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 12/5/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.0 | $206.00 | $224.03 | $20.60 | $450.63 |
| **Week 17** | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 12/6/04 | Mon | 11 am - 1 am | 14.0 | | | 1 | |
| 12/7/04 | Tues | off | | | | | |
| 12/8/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 12/9/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 12/10/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 12/11/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 12/12/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.0 | $206.00 | $224.03 | $20.60 | $450.63 |
| **Week 18** | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 12/13/04 | Mon | 11 am - 1:30 am | 14.5 | | | 1 | |
| 12/14/04 | Tues | off | | | | | |
| 12/15/04 | Wed | 11 am - 12 am | 13.0 | | | 1 | |
| 12/16/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 12/17/04 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 12/18/04 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 12/19/04 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.5 | $206.00 | $227.89 | $20.60 | $454.49 |

| Week 19 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 12/20/04 | Mon | 11 am - 1 am | 14.0 | | | 1 | |
| 12/21/04 | Tues | off | | | | | |
| 12/22/04 | Wed | 4 pm - 12 am | 8.0 | | | | |
| 12/23/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 12/24/04 | Fri | 11 am - 1 am | 14.0 | | | 1 | |
| 12/25/04 | Sat | Christmas | 0.0 | | | | |
| 12/26/04 | Sun | Christmas holiday | 0.0 | | | | |
| Totals | | | 48.0 | $206.00 | $61.80 | $15.45 | $283.25 |
| Week 20 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage* | OT | Spread | Total |
| 12/27/04 | Mon | 11 am - 1:30 am | 14.5 | | | 1 | |
| 12/28/04 | Tues | off | | | | | |
| 12/29/04 | Wed | 11 am - 12 am | 13.0 | | | 1 | |
| 12/30/04 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 12/31/04 | Fri | 4 pm - 10:30 pm | 6.5 | 6 hrs @ $7.725 + 12 hrs @ $9.00 | | 3 hrs @ $5.15/hr + 1 hr @ $6/hr | |
| 1/1/05 | Sat | New Years Day | | | | | |
| 1/2/05 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 58.0 | $206.00 | $154.35 | $21.45 | $365.65 |
| *On 1/1/05 NYS minimum wage was raised to $6.00/hour and OT wage became $9.00/hour | | | | | | | |
| Week 21 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 1/3/05 | Mon | 11 am - 1:30 am | 14.5 | | | 1 | |
| 1/4/05 | Tues | off | | | | | |
| 1/5/05 | Wed | 11 am - 12 am | 13.0 | | | 1 | |
| 1/6/05 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 1/7/05 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 1/8/05 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 1/9/05 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 69.5 | $240.00 | $265.50 | $24.00 | $529.50 |

| Week 22 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 1/10/05 | Mon | 11 am - 4:30 pm | 5.5 | | | | |
| 1/11/05 | Tues | off | | | | | |
| 1/12/05 | Wed | 11 am - 12 am | 13.0 | | | 1 | |
| 1/13/05 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 1/14/05 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 1/15/05 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 1/16/05 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 60.5 | $240.00 | $184.50 | $18.00 | $442.50 |
| Week 23 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 1/17/05 | Mon | 11 am - 4:30 pm | 5.5 | | | | |
| 1/18/05 | Tues | off | | | | | |
| 1/19/05 | Wed | 11 am - 4:30 pm | 5.5 | | | | |
| 1/20/05 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 1/21/05 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 1/22/05 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 1/23/05 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 53.0 | $240.00 | $117.00 | $12.00 | $369.00 |
| Week 24 | | | | | | | |
| Date | Day | Time | Hrs | Min Wage | OT | Spread | Total |
| 1/31/05 | Mon | 11 am - 4:30 pm | 5.5 | | | | |
| 2/1/05 | Tues | off | | | | | |
| 2/2/05 | Wed | 11 am - 4:30 pm | 5.5 | | | | |
| 2/3/05 | Thrs | 11 am - 11 pm | 12.0 | | | 1 | |
| 2/4/05 | Fri | 4 pm - 1 am | 9.0 | | | | |
| 2/5/05 | Sat | 4 pm - 1 am | 9.0 | | | | |
| 2/6/05 | Sun | 11 am - 11 pm | 12.0 | | | 1 | |
| Totals | | | 53.0 | $240.00 | $117.00 | $12.00 | $369.00 |